# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:20-mj-00432-DUTY-1 | Date | August 25, 2020 |
| Title | United States of America v. Donovan Pham Nguyen | | |

| Present: The Honorable | SHASHI H. KEWALRAMANI, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| Danalyn Castellanos | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

**Proceedings:**   IN CHAMBERS

Pursuant to the Court's order dated August 25, 2020, the court appoints John Aquilina, Panel Attorney to represent Donovan Pham Nguyen.

cc: fiscal, CJA,
aquilina@johnaquilina.com

Initials of Deputy Clerk: **DC**