Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles and Riverside criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED 2020 AUG 24 PM 12:53 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA BY

| UNITED STATES OF AMERICA PLAINTIFF v. Donovan Pham NGUYEN USMS# _____ DEFENDANT | CASE NUMBER: 5:20-mj-00432-DUTY-1 REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 08/24/2020 7:10   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 912: False Impersonation of a Federal Officer or Employee

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1986

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: General Pretrial email/DUTY

10. Remarks (if any): _____

11. Name: David Guppenberger   (please print)

12. Office Phone Number: (213) 926-6169

13. Agency: DHS/ICE/OPR

14. Signature: DAVID J GUPPENBERGER (Digitally signed by DAVID J GUPPENBERGER Date: 2020.08.24 12:48:16 -07'00')

15. Date: 08/24/2020

CR-64 (07/20)   REPORT COMMENCING CRIMINAL ACTION